# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YONEL QUINTERO-BERNAL, aka Cesar Castro, <br><br> Defendant. | Case No.: 3:17-cr-01354-GPC <br><br> **ORDER REGARDING THE GOVERNMENT'S SUPPLEMENTAL BRIEFING** <br><br> **[ECF No. 30]** |

On November 9, 2017, this Court held an evidentiary hearing regarding Defendant's motion to suppress. (ECF Nos. 25, 28.) Because the motion to suppress challenges a warrantless search of Defendant's vehicle, the government bears the burden of demonstrating that the search was reasonable. *See United States v. Cervantes*, 703 F.3d 1135, 1141 (9th Cir. 2012). At the hearing, the government offered the testimony of one witness, El Cajon Police Officer Jordan Walker. At the conclusion of the hearing, the Court instructed the parties to file simultaneous supplemental briefing addressing the question of whether the collective knowledge doctrine rendered Officer Walker's search of Defendant's vehicle reasonable. The parties filed timely briefs. (ECF Nos. 30, 31.)

In its supplemental brief, the government refers to a large amount of evidence that was never offered at the hearing. (*See* ECF No. 30 at 3–4.) The government also

attached a declaration by DEA Special Agent Michael Wasser. (ECF No. 30-1.) Special Agent Wasser, however, did not testify at the hearing, and the government's use of this declaration prevents Defendant from engaging in any cross-examination into the matters discussed therein. Moreover, the Government has failed to move to reopen the evidentiary hearing to supplement the record with the declaration or testimony of Special Agent Wasser.

The Court accordingly **ORDERS** the Government, no later than **November 22, 2017**, to file a motion to reopen the evidentiary hearing. The motion shall identify whether good cause exists to reopen the hearing to supplement the record with the declaration of Special Agent Wasser and whether reopening will unfairly prejudice the Defendant. Defendant shall file a response, no later than **November 30, 2017.**

The status hearing scheduled for December 1, 2017, at 10:30 a.m. is continued to December 8, 2017 at 2:30 p.m. The Court will inform the parties by December 6th whether it will grant the motion to reopen evidentiary hearing. If reopening is permitted, the evidentiary hearing will occur on December 8, 2017, at 2:30 p.m. in Courtroom 2D.

**IT IS SO ORDERED.**

Dated: November 17, 2017

Hon. Gonzalo P. Curiel
United States District Judge