UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17CR1354-GPC |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| YONEL QUINTERO-BERNAL, | |
| Defendant. | |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named defendant, YONEL QUINTERO-BERNAL (Defendant), pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) as properties involved in the commission of the offense as charged in the Indictment; and

WHEREAS, on or about January 18, 2018, Defendant pled guilty before Magistrate Judge William V. Gallo to Counts 1 and 3 of the Indictment, which pleas included consents to the forfeiture allegations of the Indictment, including forfeiture of the following:

//

(a) One loaded Smith and Wesson 9mm semi-automatic handgun, Serial Number: A346585, and approximately; and

(b) 14 rounds of .40 caliber ammunition; and

WHEREAS, on February 2, 2018, this Court accepted the guilty pleas of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

WHEREAS, the properties are currently in the custody of the El Cajon Police Department; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty pleas of the Defendant, all right, title and interest of Defendant YONEL QUINTERO-BERNAL in the following properties, which are currently in the custody of the El Cajon Police Department, are hereby forfeited to the United States. The Court orders that the El Cajon Police Department shall dispose of these forfeited assets according to law, when no longer needed for evidence:

//

//

|     |            (a)   One loaded Smith and Wesson 9mm semi-
|----:|
|  1  |
|  2  |                  automatic handgun, Serial Number: A346585,
|  3  |                  and approximately; and
|  4  |           (b) 14 rounds of .40 caliber ammunition.

2. No ancillary proceedings or further action is required as to Defendant YONEL QUINTERO-BERNAL.

Dated: March 23, 2018

                                            */s/ Gonzalo P. Curiel*
Hon. Gonzalo P. Curiel
United States District Judge